No. 02–1810. FACE, VIRGINIA COMMISSIONER OF FINANCIAL INSTITUTIONS, ET AL. *v.* NATIONAL HOME EQUITY MORTGAGE ASSN. C. A. 4th Cir. Certiorari denied.

No. 02–1811. GREEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–1812. ANGINO ET AL. *v.* VAN WAGNER ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–1813. FLANAGAN ET AL. *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–1815. GASSER *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 02–1817. MAYER *v.* NEXTEL WEST CORP., DBA NEXTEL COMMUNICATIONS. C. A. 8th Cir. Certiorari denied.

No. 02–1818. KANOFSKY ET AL. *v.* UNIVERSITY OF MEDICINE AND DENTISTRY OF NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–1819. GOVERNMENT OF THE VIRGIN ISLANDS ET AL. *v.* BLUEBEARD'S CASTLE, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–1820. WOLPOFF & ABRAMSON, L. L. P., ET AL. *v.* MILLER. C. A. 2d Cir. Certiorari denied.

No. 02–1821. VARNER *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 02–1823. CROWLEY, WARDEN, ET AL. *v.* BROWN. C. A. 6th Cir. Certiorari denied.

No. 02–1825. MITCHELL *v.* CITY OF HOUSTON, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–1827. BARAVORDEH *v.* SCHELL. Super. Ct. Pa. Certiorari denied.